■ James Davis, Respondent, v National Building Restoration Corp., Defendant, and McQuade & Bannigan, Inc., Appellant. [730 NYS2d 747] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Parker, J. (Appeal from Order of Supreme Court, Oneida County, Parker, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Burns and Gorski, JJ.